IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal No.: 2:22-cr-518 |
| v. | 18 U.S.C. § 922(a)(1)(a) |
| | 18 U.S.C. § 922(a)(5) |
| **LARRY WAYNE ESTEP** | 18 U.S.C. § 922(a)(6) |
| | 18 U.S.C. § 923(a) |
| | 18 U.S.C. § 924(a)(1)(D) |
| | 18 U.S.C. § 924(a)(2) |
| | **INDICTMENT** |

## COUNT 1
(Engaging in Business of Dealing Firearms Without a License)

THE GRAND JURY CHARGES:

Beginning at a time unknown to the grand jury, but at least in or about January 2018, and continuing until at least September 2, 2020, in the District of South Carolina, the defendant, **LARRY WAYNE ESTEP**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT 2
### (Selling a Firearm to a Resident of Another State)

THE GRAND JURY FURTHER CHARGES:

In or about and between June 2020 and July 2020, both dates being approximate and inclusive, in the District of South Carolina, the Defendant, **LARRY WAYNE ESTEP**, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, sell, trade, give, transport, and deliver the following firearms:

1. One (1) Anderson Manufacturing, model AM15, 556mm rifle;
2. One (1) Glock, model 42, .380 caliber pistol;
3. One (1) Ruger, model SR9, 9mm pistol;
4. One (1) Pioneer Arms Corporation, model Hellpup, 7.62x39 mm pistol; and
5. One (1) Anderson Manufacturing, model AM-15, 556mm pistol;

to a person known to the grand jury, said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State of South Carolina, the State in which the defendant was residing at the time of the aforesaid transfer, sale, trade, giving, transportation, and delivery of said firearms.

In violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

## COUNT 3
### (Selling a Firearm to a Resident of Another State)

THE GRAND JURY FURTHER CHARGES:

That on or about August 20, 2020, in the District of South Carolina, the Defendant, **LARRY WAYNE ESTEP**, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, sell, trade, give, transport, and deliver the following firearms:

1. One (1) Anderson Manufacturing, model AM15, multi caliber pistol;
2. One (1) Talon Armament, model TAC-GAR15, 5.56 caliber rifle; and
3. Two (2) Beretta, model 92FS, 9mm pistols;

to a person known to the grand jury, said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State of South Carolina, the State in which the defendant was residing at the time of the aforesaid transfer, sale, trade, giving, transportation, and delivery of said firearms.

In violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

## COUNT 4
**(False Statement to FFL)**

THE GRAND JURY FURTHER CHARGES:

That on or about July 24, 2020, in the District of South Carolina, the Defendant, **LARRY WAYNE ESTEP**, did knowingly make a false statement in connection with the acquisition and attempted acquisition of a firearm, that is, a Beretta, model 92FS, 9mm pistol, from AmChar South Carolina, a licensed dealer, which was intended and likely to deceive the said dealer with respect to a fact material to the lawfulness of the sale and disposition of the firearm under the provisions of Chapter 44 of Title 18, United States Code, in that the Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that ESTEP was the true purchaser of the firearm, whereas in truth and in fact, he was not the true purchaser.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A __TRUE__ Bill

__FOREPERSON__

COREY F. ELLIS
UNITED STATES ATTORNEY

By: _____
Allessandra Stewart (#19262)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Tel.: (843) 727-4381
Fax: (843) 727-4443
Email: Allessandra.Stewart@usdoj.gov