✎International Travel Request
(Rev. 07/17 - D/SC)

# United States District Court

for

District of South Carolina

---

### Offender Under Supervision International Travel Request

**Name of Offender:** Larry Wayne Estep        **Case Number:** 2:22CR00518-001

**Name of Sentencing Judicial Officer:** The Honorable David C. Norton, United States District Judge

**Date of Original Sentence:** July 13, 2023

**Original Offense:** Engaging in the Business of Dealing Firearms Without a License in violation of Title 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**Original Sentence:** The defendant was sentenced to 24 months' probation.

**Type of Supervision:** Probation        **Date Supervision Commenced:** July 13, 2023

**Previous Court Action/Notification:** On December 20, 2023, Your Honor approved the defendant's travel to West Palm Beach, Florida with his companion.

---

### SUMMARY OF SUPERVISION

Mr. Estep's probation commenced on July 13, 2023, in the District of South Carolina. Since the start of Mr. Estep's probation, he has remained in compliance with the conditions of his probation and has satisfied all his special conditions. Since beginning probation, Mr. Estep has requested and been given permission to travel to Maryland (7/23/2023 – 8//14/2023), Tennessee (10/22/2023 – 10/27/2023), Florida (12/3/20/23 – 12/20/2023), Maryland (12/20/2023 – 12/30/2023), and Florida (12/30/2023 – 4/3/2023). The defendant has now requested to travel on a cruise via Celebrity to Key West, Florida; Belize City, Belize; Cozumel, Mexico; and Grand Cayman, Cayman Islands from March 2, to March 9, 2024, embarking and disembarking in Fort Lauderdale, Florida

### U.S. PROBATION OFFICER ACTION:

Pursuant 22 CFR §51.70, "Denial of Passports" and §51.71, "Denial of Passport to Certain Convicted Drug Offenders, the State Department determines whether to reissue a passport at a future date to a defendant. The nature of certain offenses (e.g. use of the passport in crossing an international border to commit certain offenses) disqualifies a person from being issued a passport. Additionally, pursuant to AO Policy 460.55.30 the U.S. Probation Office must seek the express consent of the Court or Parole Commission before granting an offender permission to travel outside of the United States.

✎International Travel Request                                                                                                          Page 2
   (Rev. 07/17- D/SC)

In light of the defendant's request to travel internationally and pursuant to AO Policy 460.55.30(b), this officer has undertaken the following assessment:

The probation officer ■ **has verified** / ☐ **has been unable to verify** the State Department issued a United States passport after the defendant's release to supervision. (*The defendant's passport is located at the U.S. Probation Office in Charleston. Should Your Honor grant travel, the U.S. Probation Office is requesting permission be granted to return the defendant's passport.*)

The probation officer ■ **has confirmed** / ☐ **has not been able to confirm** the defendant's travel itinerary. *Mr. Estep will be boarding his cruise directly from Fort Lauderdale, Fl on March 2, 2024, at 3:30pm. He will arrive in Key West, Florida on March 3, 2024, at 8:00am; Belize City, Belize on March 5, 2024, at 8:00am; Cozumel, Mexico on March 6, 2024, at 7:00am; and Grand Cayman, Cayman Islands on March 7, 2024, at 10:00am. The defendant will return to Fort Lauderdale, Fl on March 9, 2024, at 7:00am.*)

The probation officer ■ **has checked** / ☐ **has not been able to check** with the consulate of the receiving countries to ensure that any special requirement or restriction on offender travel has been met. (*U.S. Probation Officer attempted to contact the U.S. Embassy in Belize, Mexico, and the Cayman Islands via email and phone and no response has been received. Contact was also made with Celebrity Cruises and was advised that because this is a closed loop cruise the defendant will be able to travel to all destinations if he is in possession of his birth certificate or passport.*)

The probation officer has evaluated the defendant's third-party risk or other risk posed by the travel by: *Reviewing the defendant's prior record, presentence report and overall adjustment to supervision and noting* ■ **no incidents** / ☐ **following incidents or occurrences of risk** to a specific individual or entity as a result of travel.

The probation officer has verified the defendant has complied with all of their conditions of supervision and is ■ **current with/has satisfied** / ☐ **not current** with their criminal or family obligations.

Based on the above-noted assessment we are respectfully requesting the Court ■ **grant** / ☐ **deny** consent for the defendant's request for international travel and permission to return the defendant's passport.

                                                            Respectfully submitted,

                                                       By: *Stephanie S. McKnight*
                                                            Stephanie S. McKnight
                                                            United States Probation Officer

Date:  January 18, 2024

Reviewed and Approved By:

_____
Gregory S. Russ
Asst. Deputy Chief U.S. Probation Officer

| X | Consent to travel and return defendant's passport Granted |
|---|---|
| ☐ | Consent to travel Denied |
| ☐ | Other |

_____  
David C. Norton  
United States District Judge

January 19, 2024  
                Date